Date\Time: 7/3/2023 3:34:18 PM
Institution: CCWF
Case 1:23-cv-00976-ADA-SAB   Document 6   Filed 07/05/23   Page 1 of 2

FILED
Jul 05, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# CDCR Inmate Statement Report

1:23-cv-00976-SAB (PC)

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| WB1128 | LIPSEY, FANCY | CCWF | C 509 1 | 011004 |

**Current Available Balance:** $20,083.79



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Christina Mann* / Trust office

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2023 | CCWF | BEGINNING BALANCE | | | | $33,434.64 |
| 01/04/2023 | CCWF | SALES | 57 | | ($226.00) | $33,208.64 |
| 01/06/2023 | CCWF | JPAY | 0000000151760988 | | $200.00 | $33,408.64 |
| 01/17/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | GIFT 1/6/23 | 1089634 | ($100.00) | $33,308.64 |
| 01/17/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | SAVINGS ACCOUNT 1/6/ | 1089642 | ($8,350.00) | $24,958.64 |
| 01/17/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | QTR PACKAGE 1/10/23 | 1089643 | ($1,000.00) | $23,958.64 |
| 02/08/2023 | CCWF | SALES | 19 | | ($234.70) | $23,723.94 |
| 02/22/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | PACKAGE (FEB 15) | 1089892 | ($500.00) | $23,223.94 |
| 02/25/2023 | CCWF | KIOSK REQUEST - GTL | | | ($20.00) | $23,203.94 |
| 02/27/2023 | CCWF | KIOSK REQUEST - GTL | | | ($30.00) | $23,173.94 |
| 03/06/2023 | CCWF | SALES | 36 | | ($240.00) | $22,933.94 |
| 03/20/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | SAVINGS ACCOUNT 3/17 | 1420034 | ($2,000.00) | $20,933.94 |
| 04/04/2023 | CCWF | SALES | 47 | | ($226.10) | $20,707.84 |
| 04/12/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | BILL 4/7/23 | 1420238 | ($100.00) | $20,607.84 |
| 04/25/2023 | CCWF | KIOSK REQUEST - GTL | | | ($10.00) | $20,597.84 |
| 05/10/2023 | CCWF | SALES | 77 | | ($238.75) | $20,359.09 |
| 05/15/2023 | CCWF | KIOSK REQUEST - GTL | | | ($10.00) | $20,349.09 |
| 05/22/2023 | CCWF | KIOSK REQUEST - GTL | | | ($8.00) | $20,341.09 |
| 06/02/2023 | CCWF | KIOSK REQUEST - GTL | | | ($10.00) | $20,331.09 |
| 06/08/2023 | CCWF | SALES | 50 | | ($239.30) | $20,091.79 |
| 06/29/2023 | CCWF | KIOSK REQUEST - GTL | | | ($8.00) | $20,083.79 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|

Date\Time: 7/3/2023 3:34:18 PM
Institution: CCWF

# Inmate Statement Report

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

3