| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ROBERTSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-00975 NODJ GSA (PC)<br><br>ORDER ACKNOWLEDGING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND GRANTING MOTION TO DO SAME<br><br>(ECF No. 30)<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT DUE **MARCH 4, 2024** |
| FANCY MOORE LIPSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-00976 NODJ GSA (PC)<br><br>ORDER ACKNOWLEDGING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND GRANTING MOTION TO DO SAME<br><br>(ECF No. 27)<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT DUE **MARCH 4, 2024** |

1

| | |
|---|---|
| CRYSTAL GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-01323 NODJ GSA (PC)<br><br>ORDER ACKNOWLEDGING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND GRANTING MOTION TO DO SAME<br><br>(ECF No. 20)<br><br>PLAINTIFF'S FIRST AMENDED COMPLAINT DUE **MARCH 4, 2024** |
| ROXANNE PURDAGONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-01324 NODJ GSA (PC)<br><br>ORDER ACKNOWLEDGING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND GRANTING MOTION TO DO SAME<br><br>(ECF No. 17)<br><br>PLAINTIFF'S FIRST AMENDED COMPLAINT DUE **MARCH 4, 2024** |

　　　　The above-referenced matters have been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Each of these matters is currently at the pleading phase of the proceedings.

　　　　In each of these matters the parties have signed joint stipulations which agree that Plaintiffs in each of them shall have until March 4, 2024, to file their respective amended complaints. See Robertson, ECF No. 30; Lipsey, ECF No. 27; Graham, ECF No. 20, and Purdagone, ECF No. 17. The stipulations were agreed to and the related proposed orders were filed in each case due to the fact that each Plaintiff is incarcerated, and as a result, counsel for Plaintiffs needs additional time to meet with each respective Plaintiff in order to gather additional facts in support of the claims they have brought against Defendants. See generally id.

　　　　The parties agree that they will not be prejudiced by grants of extensions of time to file the respective amended complaints. See generally Robertson, ECF No. 30; Lipsey, ECF No. 27;

Graham, ECF No. 20, and Purdagone, ECF No. 17.  Proposed orders acknowledging that joint stipulations have been agreed to are attached to the stipulations in each case.

The Court construes the parties' joint stipulations and their attached proposed orders collectively as motions for extensions of time to file amended complaints in each matter.  Good cause appearing, each of the motions will be granted.

Accordingly, the Court ACKNOWLEDGES that each of the above-referenced parties have jointly stipulated to extensions of time for Plaintiffs to file amended complaints, and

IT IS HEREBY ORDERED that:

1. The Court CONSTRUES the stipulations and proposed orders in each of the matters identified below as motions for extensions of time to file for Plaintiffs to file amended complaints:

- Robertson v. State of California, 1:23-cv-00975 NODJ GSA (ECF No. 30);
- Lipsey v. State of California, 1:23-cv-00976 NODJ GSA (ECF No. 27);
- Graham v. State of California, 1:23-cv-01323 NODJ GSA (ECF No. 20), and
- Purdagone v. State of California, 1:23-cv-01324 NODJ GSA (ECF No. 17);

2. The Clerk of Court shall correct the docket in each of the above-referenced cases to reflect that the above-referenced docket entries are joint stipulated motions for extensions of time (i.e., add gavels next to each docket entry identified above);

3. The above-referenced motions for extensions of time to file amended complaints are GRANTED, and

4. The amended complaints in each of the four above-referenced matters shall be filed no later than **March 4, 2024**.

IT IS SO ORDERED.

Dated:   **February 26, 2024**              **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE

3