1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   CHARLENE STITH, | No. 1:23-cv-00947 JLT GSA (PC) |
| 12              Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS |
| 13        v. | |
| 14   STATE OF CALIFORNIA, et al., | |
| 15              Defendants. | |
| 16 | COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| 17 | |
| 18   VICTORIA GREEN, | No. 1:23-cv-00973 JLT GSA (PC) |
| 19              Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS |
| 20        v. | |
| 21   STATE OF CALIFORNIA, et al., | |
| 22              Defendants. | |
| 23 | COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| 24   TREMAINE CARROLL, | No. 1:23-cv-00974 JLT GSA (PC) |
| 25              Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO |
| 26        v. | |
| 27   STATE OF CALIFORNIA, et al., | |
| 28 | |

1

| | | |
|---|---|---|
| 1 | Defendants. | VOLUNTARILY DISMISS |
| 2 | | COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| 3 | | |
| 4 | JONATHAN ROBERTSON, | No. 1:23-cv-00975 JLT GSA (PC) |
| 5 | Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS |
| 6 | v. | |
| 7 | STATE OF CALIFORNIA, et al., | |
| 8 | Defendants. | |
| 9 | | COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| 10 | | |
| 11 | FANCY MOORE LIPSEY, | No. 1:23-cv-00976 JLT GSA (PC) |
| 12 | Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS |
| 13 | v. | |
| 14 | STATE OF CALIFORNIA, et al., | |
| 15 | Defendants. | |
| 16 | | COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| 17 | RAYSHAWN HART, | No. 1:23-cv-00977 JLT GSA (PC) |
| 18 | Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS |
| 19 | v. | |
| 20 | STATE OF CALIFORNIA, et al., | |
| 21 | Defendants. | |
| 22 | | COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| 23 | | |
| 24 | CRYSTAL GRAHAM | No. 1:23-cv-01323 JLT GSA (PC) |
| 25 | Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO |
| 26 | v. | |
| 27 | STATE OF CALIFORNIA, et al., | |
| 28 | | |

|   |   |
|---|---|
| Defendants. | VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| ROXANNE PURDAGONE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:23-cv-01324 JLT GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| ZENAIDA CORDOVA<br><br>Plaintiff,<br><br>v.<br><br>GREG RODRIGUEZ, et al.,<br><br>Defendants. | No. 1:24-cv-00482 JLT GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |

The Court has reviewed the dockets in each one of the above-referenced cases, and it notes that it is unclear which of the named Defendants in each case the respective cases have served, and which ones have not been served. In addition, the case captions in each of the dockets in these cases do not indicate which of the originally named individuals are still Defendants in these cases and which ones have been effectively dismissed by virtue of Plaintiffs filing amended complaints.

Given that the above-referenced matters have all been related to one another and that Attorney Joseph A. Virgilio represents all Plaintiffs in them, counsel Virgilio is directed to inform the Court which Defendants still remain in each of these cases. Further, counsel for Plaintiffs is directed to inform the Court whether Plaintiffs wish to voluntarily dismiss any yet unserved Defendants in any of these cases.

For these reasons, in the interests of efficiency, and in an effort to quickly clean up the docket in each of these matters, Attorney Virgilio will be given seven days to comply with this order.

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order, Plaintiffs' counsel, Attorney Joseph A. Virgilio, shall:

1. INFORM the Court which Defendants still remain in these cases, and
2. INFORM the Court which Defendants, if any, Plaintiffs wish to voluntarily dismiss from their cases.

IT IS SO ORDERED.

Dated: **November 9, 2024**         **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE