# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE STITH,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 1:23-cv-00947 JLT GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| VICTORIA GREEN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 1:23-cv-00973 JLT GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| TREMAINE CARROLL, | No. 1:23-cv-00974 JLT GSA (PC) |


Case 1:23-cv-00976-JLT-GSA   Document 43   Filed 01/02/25   Page 2 of 4

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| JONATHAN ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:23-cv-00975 JLT GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| FANCY MOORE LIPSEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:23-cv-00976 JLT GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| RAYSHAWN HART,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:23-cv-00977 JLT GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| CRYSTAL GRAHAM | No. 1:23-cv-01323 JLT GSA (PC) |


2

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| ROXANNE PURDAGONE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:23-cv-01324 JLT GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| ZENAIDA CORDOVA<br><br>Plaintiff,<br><br>v.<br><br>GREG RODRIGUEZ, et al.,<br><br>Defendants. | No. 1:24-cv-00482 JLT GSA (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHICH DEFENDANTS REMAIN IN OPERATIVE COMPLAINT AND WHICH DEFENDANTS, IF ANY, PLAINTIFF WISHES TO VOLUNTARILY DISMISS<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |

On November 12, 2024, after finding that it was unclear in each of the above referenced matters which of the individuals named on the docket were still Defendants in them, the Court ordered counsel for Plaintiffs, Joseph Virgilio, to inform the Court which individuals are still Defendants in each of these cases. ECF No. 32. At that time, counsel was given seven days to comply with the Court's order. Id.

To date, Attorney Virgilio has not responded to the Court's order, nor has he requested an extension of time to do so.

For this reason, Attorney Virgilio will be ordered for a second and final time, before

3

sanctions are considered, to inform the Court which individuals are still Defendants in each of these cases. Counsel will be given seven days to comply with this order.

Accordingly, IT IS HEREBY ORDERED for a second time that within seven days from the date of this order, Plaintiffs' counsel, Attorney Joseph A. Virgilio, shall:

1. INFORM the Court which Defendants still remain in these cases,

2. INFORM the Court which Defendants, if any, Plaintiffs wish to voluntarily dismiss from their cases, and

3. INFORM the Court why proofs of service of the complaints in the above referenced cases have not been filed with the Court.


IT IS SO ORDERED.

Dated:   **December 31, 2024**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE