UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL,<br><br>       Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>       Defendants. | No. 1:23-cv-00974 JLT GSA (PC)<br><br>ORDER DIRECTING ATTORNEY JOSEPH A. VIRGILIO TO FILE NOTICE OF STATE BAR OF CALIFORNIA SUSPENSION IN THIS CASE<br><br>ATTORNEY VIRGILIO'S FILING OF NOTICE DUE IN THREE DAYS |
| FANCY MOORE LIPSEY,<br><br>       Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>       Defendants. | No. 1:23-cv-00976 JLT GSA (PC)<br><br>ORDER DIRECTING ATTORNEY JOSEPH A. VIRGILIO TO FILE NOTICE OF STATE BAR OF CALIFORNIA SUSPENSION IN THIS CASE<br><br>ATTORNEY VIRGILIO'S FILING OF NOTICE DUE IN THREE DAYS |

On June 5, 2024, the Clerk of Court was ordered to note on the docket of each of nine matters that they were all related to one another. See ECF No. 22 at 4. This was in part because the cases all have overlapping Defendants. In addition, currently, all nine Plaintiffs are all represented by the same counsel, Joseph A. Virgilio.

On May 8, 2025, Plaintiff's counsel, Joseph A. Virgilio, pursuant to the California Rule of Professional Conduct 9.20, filed a notice of suspension with the Court in Stith v. State of

1  California, No. 1:23-cv-00947 JLT GSA ("Stith").  See Stith, ECF No. 35.  In the notice,

2  Attorney Virgilio informed the parties and their attorneys of record that he was currently serving

3  a thirty-day suspension that had been imposed by the State Bar of California.  Stith, ECF No. 35

4  at 2.  According to the notice, the suspension ended on May 15, 2025.  Id.

5       A review of the other eight matters that are related to Stith indicates that Attorney Virgilio

6  failed to file his notice of suspension in the matters listed above in the case caption of this order.

7  Consequently, in order to ensure that the record is complete in each of the nine related matters,

8  Attorney Virgilio will be ordered to file his notice of suspension in the above-mentioned cases as

9  well.  He will be given three days to do so.

10      Accordingly, IT IS HEREBY ORDERED that:

11      1.  Attorney Joseph A. Virgilio shall also FILE his notice of suspension by the State Bar

12 of California in the following, above-referenced matters:

13     • Carroll v. State of California, No. 1:23-cv-00974 JLT GSA, and

14     • Lipsey v. State of California,[1] No. 1:23-cv-00976 JLT GSA, and

15      2.  Attorney Virgilio will have three days from the date of this order to file the notices.

16 **Attorney Virgilio is cautioned that his failure to timely comply with this order within**

17 **the time allotted may result in the imposition of monetary sanctions against him.**

18

19

20 IT IS SO ORDERED.

21    Dated:  **June 30, 2025**        **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] It appears that Attorney Virgilio may have mistakenly filed his notice of suspension for the Lipsey matter in Graham v. State of California, No. 1:23-cv-01323 JLT GSA. Graham matter. See Graham, ECF No. 39 (notice of suspension with Lipsey case name and number).