UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANCY MOORE LIPSEY,<br><br>       Plaintiff,<br><br>   v.<br><br>OFFICER GREG RODRIGUEZ and<br>MICHAEL PALLARES,<br><br>       Defendants. | Case No.  1:23-cv-00976-JLT-HBK (PC)<br><br>CASE MANAGEMENT SCHEDULING<br>ORDER |

Plaintiff proceeds on the Second Amended Complaint ("SAC") filed on March 4, 2024. (Doc. 29).  The SAC's four remaining claims are: (1) an Eighth Amendment excessive use of force and cruel and unusual punishment (sexual assault) claim against Defendant Rodriguez (Count 1); (2) an Eighth Amendment failure to protect claim against Defendant Pallares (Count 3); and (3) an Eighth Amendment supervisory liability claim against Defendant Pallares (Count 4).  (Docs. 52, 53).

Pursuant to Federal Rules of Civil Procedure, 16(b)(2) the Court sets forth the following case management deadlines and discovery procedures for this case as follows:

////

////

////

////

## I.   Deadlines and Dates

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). *If not already completed.* | 06/22/2026 |
| Deadline to challenge exhaustion of administrative remedies. | 08/28/2026 |
| Telephonic Mid-Discovery Status Conference | Report Due: 01/21/2027 Conference: 01/28/2027 at 1:00 p.m. |
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 05/14/2027 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 05/28/2027 |
| Deadline for defendants to disclose expert report(s). | 06/28/2027 |
| Deadline for disclosing any expert rebuttal report(s). | 08/04/2027 |
| Deadline for Expert discovery. | 09/04/2027 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. ***The parties may contact Chambers prior to this date to arrange a settlement conference.*** | 09/04/2027 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 10/04/2027 |

## II.   Discovery and Mid-Discovery Status Conference

The parties must comply with the discovery limitations set forth in the Federal Rules of Civil Procedure and the Court's Local Rules. Discovery must be completed by the deadline in the Rule 16 Case Management and Scheduling Order. Motions to compel filed after the discovery deadline are presumptively untimely and may be denied on that basis alone.

The Court will hold a Mid-Discovery Status Conference to address discovery issues without requiring formal motion practice. The parties shall file a Joint Mid-Discovery Status Report, not exceeding five (5) pages, addressing: case status, remaining discovery, settlement

2

potential, and any issues requiring Court assistance.

The Joint Report must also be emailed in Word format to hbkorders@caed.uscourts.gov. The parties may appear telephonically using the Court's teleconference line: 1-669-254-5252; Meeting I.D. 160-644-7139; Passcode is 646053.  If no issues require the Court's involvement, the parties may request to vacate the conference in their Joint Report; however, filing the report remains mandatory.

Filing Motions, Deadlines and Hearings

Before filing any motion, counsel must engage in a meaningful meet-and-confer regarding the substance of the motion and potential resolution.  The moving party must certify compliance and summarize these efforts in the notice of motion.  Failure to comply may result in the motion being stricken.

Absent prior leave of Court, opening and opposition briefs may not exceed twenty-five (25) pages, and reply briefs may not exceed ten (10) pages, excluding exhibits and declarations. Noncompliant briefs may be stricken or disregarded.

Counsel may request to appear telephonically for non-dispositive motions before Magistrate Judge Barch-Kuchta by indicating this at least one week before the hearing. Under Local Rule 230, the Court generally decides non-dispositive motions on the papers without oral argument unless a hearing is deemed necessary.

Informal Discovery Conference Prior to Filing Discovery Motion

Before filing a motion under Fed. R. Civ. P. 37, a party must obtain Court permission following an informal discovery conference, which is separate from the Mid-Discovery Conference.

To request a conference, parties must first meet and confer in person, by telephone, or via video. They should then contact Chambers for scheduling. At least 48 hours before the conference, each party must email a letter brief (maximum three (3) pages) to hbkorders@caed.uscourts.gov. These briefs should not be filed.

Discovery Motions

After the informal conference, the parties must conduct at least one additional meet-and-

confer by telephone or video. Any motion under Rule 37 must include a Joint Statement Regarding Discovery Disagreement in compliance with Local Rule 251. Failure to comply will result in denial without prejudice and removal from the calendar.

A Word version of the Joint Statement must also be emailed to Chambers.

Depositions

Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants may depose Plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such a deposition, Defendants serve all parties with the notice required by Rule 30(b)(1).  Pursuant to Fed. R. Civ. P. 30(b)(4), the parties may take any deposition under this section by video conference, relieving the court reporter of the requirement to be in the physical presence of the witness under Federal Rule of Civil Procedure 28(a)(1) during that deposition.  Nothing herein forecloses a party from bringing a motion for protective order pursuant to Fed. R. Civ. P. 26(c)(1) if deemed necessary.

Disagreement with any directive of security staff at the institution or prison at which the deposition is scheduled is not a basis for the Plaintiff to refuse to answer questions.  Further, the failure of Plaintiff to attend, be sworn, or answer appropriate questions may result in sanctions, including terminating the action as provided in Fed. R. Civ. P. 37.

**III.    Mandatory Settlement Conference (Local Rule 270)**

By the specified date, the parties shall file a Joint Settlement Statement indicating whether settlement discussions or mediation have occurred and whether they request a settlement conference before a United States magistrate Judge. The parties may contact Chambers at any time to schedule a settlement conference.

**IV.    Dispositive Pre-Trial Motions**

All dispositive motions must be filed by October 4, 2027.

Before filing a motion for summary judgment or adjudication, the parties must meet and confer to: assess whether factual disputes exist, determine agreement on issues, explore resolution without briefing, narrow issues, consider settlement, and prepare a Joint Statement of Undisputed Facts.  The moving party must initiate this process and provide a draft statement.

4

The motion must include certification of the meet-and-confer or good cause for any failure. A Joint Statement of Undisputed Facts must be filed in addition to Local Rule 260 requirements.

**V.  Effect of This Order**

All dates in this Order are firm and will not be modified absent a showing of good cause, even by stipulation.


Dated:    June 1, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE