UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FANCY MOORE LIPSEY,

Plaintiff,

v.

OFFICER GREG RODRIGUEZ and MICHAEL PALLARES,

Defendants.

Case No. 1:23-cv-00976-JLT-HBK (PC)

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES

(Doc. 62)

On July 27, 2026, Plaintiff and Defendant Pallares filed a stipulated motion to extend the deadline for initial disclosures from July 22, 2026 to August 24, 2026, and the deadline for challenging exhaustion of administrative remedies from August 28, 2026 to October 12, 2026. (Doc. 62). As good cause, the parties explain that Plaintiff's counsel recently experienced medical issues. The Court finds good cause to grant the motion under Federal Rule of Civil Procedure 16(b)(4).

Accordingly, it is ORDERED:

1. The stipulated motion for an extension of time (Doc. 62) is GRANTED.
2. The deadline for initial disclosures is extended to August 24, 2026.
3. The deadline to challenge exhaustion of administrative remedies is extended to October 12, 2026.

4. All other remaining deadlines in the June 1, 2026 Case Management and Scheduling Order (Doc. 58) remain in effect.

Dated: July 28, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE